AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**NANCY CARDINALI,**

        Plaintiff,

   V.        CASE NUMBER: **04-C-1197**

**KENOSHA UNIFIED SCHOOL DISTRICT and**
**KENOSHA UNIFIED SCHOOL DISTRICT SCHOOL BOARD,**

        Defendants.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment is GRANTED because plaintiff has failed to present appropriate evidence supporting her allegation that she engaged in protected expression under Title VII of the Civil Rights Act of 1964 regarding her complaint of sex discrimination.**
**This action is hereby DISMISSED.**

| | |
|---|---|
| **March 23, 2006** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |